[904 NE2d 495, 876 NYS2d 341]

In the Matter of the Ancillary Receivership of RELIANCE INSURANCE COMPANY. THE YALE CLUB OF NEW YORK CITY, INC., Respondent, v RELIANCE INSURANCE COMPANY, by the SUPERINTENDENT OF INSURANCE, as Ancillary Receiver, Appellant.

Decided February 11, 2009

### APPEARANCES OF COUNSEL

*Herzfeld & Rubin, P.C.,* New York City (*David B. Hamm* of counsel), for appellant.

*Cone & Kilbourn,* Mount Kisco (*Joseph A. Kilbourn* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. Based on the arguments presented, the Appellate Division did not err in concluding that the insurance company could not rely on the August 1993 letter as the basis to avoid coverage under the claims-made policy.

Concur: Acting Chief Judge CIPARICK and Judges GRAFFEO, READ, SMITH, PIGOTT and JONES.